

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:20CR00 **292 BRW** |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN K. ALLEN, | ) | 21 U.S.C. § 846 |
|   a/k/a JAKE THE SNAKE; | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(C), (b)(1)(B) |
| DELINDA ALLUMS, | ) | |
|   a/k/a BLACK; | ) | |
| DONALD HAMMONDS, | ) | |
|   a/k/a POSTMAN DA STACKS; | ) | |
| RICHARD SIMMONS; | ) | |
| RAYMUNDO MARIN QUEVEDO; | ) | |
| SANDY GARDNER, III; | ) | |
| KEITH PATTERSON | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

From in or about June 2019 until in or about May 2020, in the Eastern District of Arkansas

and elsewhere, the defendants,

BRIAN K. ALLEN, a/k/a JAKE THE SNAKE;
DELINDA ALLUMS, a/k/a BLACK;
DONALD HAMMONDS, a/k/a POSTMAN DA STACKS;
RICHARD SIMMONS; RAYMUNDO MARIN QUEVEDO;
SANDY GARDNER, III; and KEITH PATTERSON,

voluntarily and intentionally conspired with each other, and with others known and unknown to

the grand jury, to knowingly and intentionally distribute 500 grams or more, but less than 5

kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II

controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about June 25, 2019, in the Eastern District of Arkansas, the defendant,

DELINDA ALLUMS, a/k/a BLACK,

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

On or about June 27, 2019, in the Eastern District of Arkansas, the defendants,

BRIAN K. ALLEN, a/k/a JAKE THE SNAKE, and
DELINDA ALLUMS, a/k/a BLACK,

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

On or about July 25, 2019, in the Eastern District of Arkansas, the defendant,

DELINDA ALLUMS, a/k/a BLACK,

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

On or about August 1, 2019, in the Eastern District of Arkansas, the defendant,

DONALD HAMMONDS a/k/a POSTMAN DA STACKS,

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX

On or about August 8, 2019, in the Eastern District of Arkansas, the defendant,

DONALD HAMMONDS, a/k/a POSTMAN DA STACKS,

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SEVEN

On or about August 23, 2019, in the Eastern District of Arkansas, the defendants,

BRIAN K. ALLEN, a/k/a JAKE THE SNAKE, and
DELINDA ALLUMS, a/k/a BLACK,

knowingly and intentionally a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT EIGHT

On or about September 5, 2019, in the Eastern District of Arkansas, the defendant,

BRIAN K. ALLEN, a/k/a JAKE THE SNAKE,

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT NINE

On or about September 10, 2019, in the Eastern District of Arkansas, the defendant,

BRIAN K. ALLEN, a/k/a JAKE THE SNAKE,

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TEN

On or about October 1, 2019, in the Eastern District of Arkansas, the defendant,

BRIAN K. ALLEN, a/k/a JAKE THE SNAKE,

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ELEVEN

On or about October 17, 2019, in the Eastern District of Arkansas, the defendant,

BRIAN K. ALLEN, a/k/a JAKE THE SNAKE,

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWELVE

On or about November 13, 2019, in the Eastern District of Arkansas, the defendants,

BRIAN K. ALLEN, a/k/a JAKE THE SNAKE, and
KEITH PATTERSON,

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION ONE

Upon conviction of any offense charged in Count One through Twelve of this Indictment, the defendants, BRIAN K. ALLEN, a/k/a JAKE THE SNAKE; DELINDA ALLUMS, a/k/a BLACK;  DONALD HAMMONDS, a/k/a POSTMAN DA STACKS; RICHARD SIMMONS; RAYMUNDO MARIN QUEVEDO; SANDY GARDNER, III; and KEITH PATTERSON, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property

4

constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION TWO

Upon conviction of any offense charged in Count One through Twelve of this Indictment, the defendants, BRIAN K. ALLEN, a/k/a JAKE THE SNAKE; DELINDA ALLUMS, a/k/a BLACK;  DONALD HAMMONDS, a/k/a POSTMAN DA STACKS; RICHARD SIMMONS; RAYMUNDO MARIN QUEVEDO; SANDY GARDNER, III; and KEITH PATTERSON, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION THREE

Upon conviction of any offense charged in Count One through Twelve of this Indictment, the defendants, BRIAN K. ALLEN, a/k/a JAKE THE SNAKE; DELINDA ALLUMS, a/k/a BLACK;  DONALD HAMMONDS, a/k/a POSTMAN DA STACKS; RICHARD SIMMONS; RAYMUNDO MARIN QUEVEDO; SANDY GARDNER, III; and KEITH PATTERSON, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.