## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                     **PLAINTIFF**

**V.**                     **CASE NO. 4:20-CR-292-BRW-2**

**DELINDA ALLUMS**                                                                         **DEFENDANT**

### ORDER TO LODGE DETAINER

Federal criminal charges pending in the United States District Court for the Eastern District of Arkansas require the appearance of the above-named Defendant for bond/detention hearing following posting bond or otherwise arranging terms of release from the custody of the state, county, or other custodial authority (the "custodial authority").

IT IS THEREFORE ORDERED that the U.S. Marshal shall file a Detainer with the appropriate custodial authority which, along with this Order, shall constitute a hold on the above-named Defendant.

IT IS FURTHER ORDERED that, upon notification by the custodial authority that the above-named Defendant has made arrangements for her release on the criminal charges, the United States Marshal shall assume custody of and transport the above-named Defendant to the United States District Court for the Eastern District of Arkansas.

IT IS SO ORDERED, this 1st day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE