# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                **PLAINTIFF**

V.                           **CASE NO. 4:20-CR-292-BRW-2**

**DELINDA ALLUMS**                                                                         **DEFENDANT**

## ORDER

On December 1, 2020, Defendant Delinda Allums appeared by videoconference with counsel Will Shelton for a plea and arraignment hearing. The Government was represented by Assistant United States Attorney Stacy Williams.

Ms. Allums is currently in state custody and therefore waived her right to an immediate bond hearing. She reserved the right, however, to request a bond hearing later. Meanwhile, Ms. Allums must be afforded a reasonable opportunity to consult privately with defense counsel.

IT IS SO ORDERED, this 1st day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE