UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No 4:20cr00292-02 BRW |
| | ) | |
| DELINDA ALLUMS | ) | DEFENDANT |

## **MOTION TO MODIFY RELEASE CONDITIONS**

Comes now, Delinda Allums, by and through her attorney, Will Shelton, and for her motion to modify release conditions states:

1.  The Court ordered that Ms. Allums be released to inpatient drug rehab followed by chemical free living.

2.  The probation office informed the Court that Freedom House has a bed available for Ms. Allums on December 28, 2020, but Freedom House will not accept Ms. Allums directly from a jail.

3.  The minute entry filed by ECF (Doc. 59) notes that the Court will allow Ms. Allums to be "released today to live with her brother Mr. Williams, as proposed, only if those details are arranged by defense counsel and confirmed by USPO." ECF # 59. Though the minute entry refers to Mr. Williams as Ms. Allums' brother, they are not siblings.

4.  Defense counsel and the probation office have spoken with Mr. Brad Williams of 2116 Division Street, North Little Rock, Arkansas, and he has agreed to house Ms. Allums until she can enter Freedom House on December 28, 2020.

1

5.      Stacy Williams, the attorney representing the United States has informed defense counsel that she has no objection to the requested modification.

6.      Ms. Allums requests that the order be modified to allow her to be released today with the additional condition that she reside with Mr. Williams at 2116 Division Street, North Little Rock, Arkansas until she enters drug treatment.

For the foregoing reasons, Ms. Allums requests that the Court modify the order to allow her immediate release and for all other just and proper relief.

          Respectfully submitted,

          LISA G. PETERS
          FEDERAL DEFENDER

By:    Will Shelton, 2011086
       Assistant Federal Defender
       The Victory Building, Suite 490
       1401 West Capitol Avenue
       Little Rock, AR 72201
       Telephone: (501) 324-6113
       E-mail: will_shelton@fd.org