# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                     **PLAINTIFF**

**V.**                         **CASE NO. 4:20-CR-292-JM-2**

**DELINDA ALLUMS**                                                       **DEFENDANT**

## ORDER

On April 26, 2021, Defendant Delinda Allums appeared with counsel William Shelton on the Government's motion to show cause why her pretrial release should not be revoked (Doc. No. 81). The Government was represented by Assistant United States Attorney Stacy Williams.

The Government's motion is based on allegations that, since her release on conditions, Ms. Allums was discharged from her chemical-free living facility after testing positive for alcohol. Ms. Allums does not dispute the allegations. Ms. Allums also tested presumptively positive for PCP prior to a previously scheduled court hearing. (Doc. No. 85) Ms. Allums does not dispute the results of that drug test.

Despite Ms. Allums's apparent violation of her conditions of release, the Court declines to revoke her release. Ms. Allums is remanded to the custody of United States Marshal until 9:00am on April 27, 2021. Upon release, Ms. Allums must obtain a rapid COVID-19 test. She must report to inpatient drug treatment on April 29, as coordinated by the pretrial services office, followed by a chemical-free living program until her case is resolved.

The Clerk is instructed to terminate the Government's pending motion for a show-cause hearing (Doc. No. 81).

SO ORDERED, this 26th day of April, 2021.

                                                                  _____
                                                          UNITED STATES MAGISTRATE JUDGE