# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                                    No. 4:20-CR-00292-JM

DELINDA ALLUMS

### ORDER MODIFYING PRETRIAL RELEASE CONDITIONS

Today, Defendant Delinda Allums appeared with Federal Public Defender, Christopher A. Tarver, for a bond revocation hearing. The Government was represented by Assistant United States Attorney Kristin H. Bryant. Ms. Allums did not contest the new violation in the petition for summons (*Doc. 103*).

The Court accepted the parties' proposal that Ms. Allums remain free on bond, with modifications. Instead of chemical free living, Ms. Allums may continue her current living arrangement. She must continue to participate in mental health treatment and outpatient drug treatment as directed by her pretrial services officer. All other bond conditions remain in effect.

The motion to revoke (*Doc. 103*) is DENIED.

IT IS SO ORDERED this 21st day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE