# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**VS.**                          **No. 4:20-CR-00292-JM-02**

**DELINDA ALLUMS**

## <u>ORDER OF DETENTION PENDING FINAL HEARING</u>

Today, Defendant Delinda Allums appeared with Federal Public Defender Lisa Peters for a hearing on the Government's motion to revoke bond. *Doc. 127.* Assistant United States Attorney Michael Gordon was present for the Government. Ms. Allums' appointed counsel, William Daniel Shelton, was not available, and Ms. Allums was not prepared to proceed to a hearing on the merits of the motion. Based on her recent history of absconding, the Court declined Ms. Allums' request to be permitted to remain free on bond until the hearing. Ms. Allums is remanded to the custody of the United States Marshal and detained until a hearing can be rescheduled.

Defendant is committed to the custody of the United States Marshal or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of a United States Court or on request of

an attorney for the Government, the person in charge of the corrections facility must deliver Defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED this 14th day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE